USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2018__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM ANDERSON and SIXTO RAMIREZ,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

          **Plaintiffs,**

-against-

GOLDEN KRUST FRANCHISING, INC., et al.,

          **Defendants.**

Case No. 17-cv-9625

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel(s) that the claims of WILLIAM ANDERSON ONLY is voluntarily dismissed, without prejudice, against the Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). This case is not discontinued with respect to SIXTO RAMIREZ.

For the Defendants:

By: _[signature]_
Brooke D. Youngwirth, Esq.
Corbally, Gartland and Rappleyea, LLP
35 Market Street
Poughkeepsie, NY 12601
Tel.: (845) 454-1110
bdy@cgrlaw.com

Date: 3/5/18

For the Plaintiff:

By: _[signature]_
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Tel.: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 3/5/2018

SO ORDERED

_Paul A. Engelmayer_
Hon. Paul A. Engelmayer, U.S.D.J.

3/6/18
Dated